United States District Court
Southern District of Texas
**ENTERED**
February 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA (IRS), | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-03484 |
| JOHN R. WILSON, III, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

Before the Court are United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on January 10, 2022 (Doc. #56), Defendant John R. Wilson, III's Objections (Doc. #57), and Plaintiff United States of America's Response (Doc. #58). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

FEB 0 1 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge